# UNITED STATES DISTRICT COURT
## FOR THE
## EASTERN DISTRICT OF CALIFORNIA

### OFFICE OF THE CLERK
**501 "I" Street**
**Sacramento, CA 95814**

**FILED**

**JUL 1 8 2007**

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

USDC Northern District of California
450 Golden Gate Avenue
16th Floor
San Francisco, CA 94102

RE:        **USA vs.**

USDC No.:    **2:96−CR−00426−WBS−DAD**    *CR-07-406-CW*

Dear Clerk,

Pursuant to the order transferring the above captioned case to your court, dated
July 12, 2007 , transmitted herewith are the following documents.

**Paper Documents: Indictment, judgment and docket sheet**

Please <u>acknowledge</u> receipt on the extra copy of this letter and return to the Clerk's Office.

Very truly yours,

**July 17, 2007**        /s/ **L. Mena−Sanchez**

Deputy Clerk

RECEIVED BY:

_____

Please Print Name

DATE RECEIVED:

_____

NEW CASE
NUMBER:

_____

Case 2:96-cr-00426-WBS-DAD    Document 99    Filed 07/12/2007    Page 1 of 1

PROB 22

**TRANSFER OF JURISDICTION**

| | DOCKET NUMBER *(Tran. Court)* |
|---|---|
| | 2:96CR00426-001 |
| | DOCKET NUMBER *(Rec. Court)* |
| | CR07-00406 CW |

| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE | DISTRICT | DIVISION |
|---|---|---|
| Yancey PAYNE Oakland, California | Eastern District of California | Northern |

ORIGINAL
FILED
JUN 27 2007
RICHARD W. WIEKING
CLERK U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

**FILED**

JUL 12 2007

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____
DEPUTY CLERK

| NAME OF SENTENCING JUDGE | | |
|---|---|---|
| William B. Shubb United States District Judge | | |
| DATES OF SUPERVISED RELEASE: | FROM 05/03/2007 | 05/02/2012 |

| OFFENSE | 18 USC 2113(a) and (d) - Armed Bank Robbery; 18 USC 924(c) - Use of a Firearm |
|---|---|

**PART 1 - ORDER TRANSFERRING JURISDICTION**

**UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF CALIFORNIA**

 IT IS HEREBY ORDERED that pursuant to 18 U.S.C. 3605 the jurisdiction of the supervised releasee named above be transferred with the records of the Court to the United States District Court for the Northern District of California upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of supervised release may be changed by the District Court to which this transfer is made without further inquiry of this court.*

6/18/2007
_____
*Date*

_____
*United States District Judge*

**RESTITUTION:** If this offender has an order of restitution which is to be paid jointly and severally, the offender shall send payments to the sentencing district Court Clerk's Office and no financial record shall be created in the receiving district.

*This sentence may be deleted in the discretion of the transferring Court.*

**PART 2 - ORDER ACCEPTING JURISDICTION**

**UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF CALIFORNIA**

 IT IS HEREBY ORDERED that jurisdiction over the above-named supervised releasee be accepted and assumed by this Court from and after the entry of this order.

6-22-07
_____
*Effective Date*

_____
*United States District Judge*

CC:    United States Attorney
        FLU Unit-United States Attorney's Office
        Fiscal Clerk-Clerk's Office

I hereby certify that the annexed instrument is a true and correct copy of the original on file in my office.
ATTEST: VICTORIA C. MINOR
Clerk, U. S. District Court
Eastern District of California
By_Mena-Sanchez_
Deputy Clerk
Dated_7/17/07_

Rev. 11/2006
TRANSFER OF JURIS (PROB22).MRG

No. _ _ _ _    _ _

# UNITED STATES DISTRICT COURT

*Eastern District of California*

*Criminal Division*

## THE UNITED STATES OF AMERICA

*vs.*

### YANCEY BACILLE PAYNE

## I N D I C T M E N T

**VIOLATION(S):**  18 U.S.C. § 2113(a)&(d) - Armed Bank Robbery;
18 U.S.C. § 924(c) - Use of a Firearm

*A true bill,*

_ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _
*Foreman.*

*Filed in open court this* _ _ _ _ _ _ _ _ _ _ _ _ _ *day*

*of* _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ *, A.D. 19* _ _ _ _ _

_ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _
*Clerk.*

*Bail, $*  No bail warrant

GPO 863 525

I herby certify that the annexed
instrument is a true and correct copy of
the original on file in my office.
ATTEST: **VICTORIA C. MINOR**
Clerk, U. S. District Court
Eastern District of California
By _____
Deputy Clerk
Dated ___7/17/07___

1 | CHARLES J. STEVENS
United States Attorney
2 | LAUREL D. WHITE
Assistant U.S. Attorney
3 | 650 Capitol Mall
Sacramento, California 95814
4 | Telephone: (916) 554-2700

**FILED**

OCT 3 1996

CLERK, U. S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,       )
                                )   CR. NO. CR-S-96-426 WBS
        Plaintiff,              )
                                )   VIOLATIONS: 18 U.S.C. § 2113(a)(d)-
    v.                          )   Armed Bank Robbery;
                                )   18 U.S.C. § 924(c) - Use of a
YANCEY PAYNE,                   )   Firearm.
                                )
        Defendant.              )
_____)

## I N D I C T M E N T

COUNT ONE: [18 U.S.C. § 2113(a) and (d) - Armed Bank Robbery]

The Grand Jury charges:  T H A T

YANCEY PAYNE,

defendant herein, on or about January 9, 1996, in Solano County,

State and Eastern District of California, did by force, violence,

and intimidation take from the person and presence of an employee of

Wells Fargo Bank, 1702 Tennessee Street, Vallejo, California,

approximately $6,849 belonging to and in the care, custody, control,

management, and possession of said bank, the accounts of which were

then and there insured by the Federal Deposit Insurance Corporation

///

1

1  (FDIC), in violation of Title 18, United States Code, Section

2  2113(a).

3      2.    The Grand Jury further charges that in committing the

4  offense described in paragraph 1 of this Count, the defendant did

5  assault and put in jeopardy the life of an employee of said bank by

6  the use of a dangerous weapon, that is a firearm, in violation of

7  Title 18, United States Code, Section 2113(a) and (d).

8  COUNT TWO:  [18 U.S.C. § 924(c) - Use of a Firearm]

9      The Grand Jury further charges:  T H A T

10                    YANCEY PAYNE,

11  defendant herein, on or about January 9, 1996, in the County of

12  Solano, State and Eastern District of California, during and in

13  relation to a violent crime which may be prosecuted in a court of

14  the United States, to wit: armed bank robbery (as charged in Count

15  One of this Indictment) did use and carry a firearm, to wit: (1) a

16  handgun, in violation of Title 18, United States Code, Section

17  924(c).

A TRUE BILL.

FOREPERSON

CHARLES J. STEVENS
United States Attorney

2

A O 245B (Rev. 8/96) Sheet 1 - Judgment in a Criminal Case

# United States District Court

## Eastern District of California at Sacramento

| UNITED STATES OF AMERICA | **JUDGMENT IN A CRIMINAL CASE** |
| v. | (For Offenses Committed On or After November 1, 1987) |
| **YANCEY B. PAYNE** | |

Case Number: 2:96CR00426-001

Donald Frick, appointed

Defendant's Attorney

**FILED**

**JAN 23 1998**

**CLERK, U.S. DISTRICT COURT**
**EASTERN DISTRICT OF CALIFORNIA**
BY_____
**DEPUTY CLERK**

**FILED**

**FEB 27 1998**

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____
**DEPUTY CLERK**

**THE DEFENDANT:**

- ☐ pleaded guilty to count(s) _____
- ☐ pleaded nolo contendere to count(s) _____
  which was accepted by the court.
- ☒ was found guilty on count(s) **One and Two of the Indictment.**
  after a plea of not guilty.

| Title & Section | Nature of Offense | Date Offense Concluded | Count Number(s) |
|---|---|---|---|
| 18 U.S.C. ' 2113 (a) and (d) | Armed Bank Robbery | 01/09/1996 | 1 |
| 18 U.S.C. ' 924 (c) | Use of a Firearm | 01/09/1996 | 2 |

I herby certify that the annexed
instrument is a true and correct copy of
the original on file in my office.
ATTEST: **VICTORIA C. MINOR**
Clerk, U. S. District Court
Eastern District of California

By _____
Deputy Clerk

Dated _____7/17/07_____

The defendant is sentenced as provided in pages 2 through __7__ of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

- ☐ The defendant has been found not guilty on count(s) _____
- ☐ Count(s) _____ (is)(are) dismissed on the motion of the United States.

IT IS FURTHER ORDERED that the defendant shall notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid.

| | |
|---|---|
| Defendant's Soc. Sec. No.: **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** | 01/14/1998 |
| Defendant's Date of Birth: **08/17/1973** | Date of Imposition of Judgment |
| Defendant's USM No.: **09245-097** | |

Defendant's Residence Address:

**3963 Lyman Road**

| **Oakland** | **CA** | **94602** |

Defendant's Mailing Address:

**3963 Lyman Road**

| **Oakland** | **CA** | **94602** |

_____
Signature of Judicial Officer

**WILLIAM B. SHUBB**

**US DISTRICT JUDGE**

Name & Title of Judicial Officer

_____1/22/98_____
Date

DEFENDANT:     **YANCEY B. PAYNE**

CASE NUMBER:   **2:96CR00426-001**

# IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of    **138    month(s)**    .

**78 months on count 1 and 60 months on count 2, to be served consecutively , for a total term of 138 months.**

☒  The court makes the following recommendations to the Bureau of Prisons:

   **A California institution, or if a California institution is not available, a west coast institution.**

☒  The defendant is remanded to the custody of the United States Marshal.

☐  The defendant shall surrender to the United States Marshal for this district:

   ☐  at  _____  a.m./p.m.  on  _____ .

   ☐  as notified by the United States Marshal.

☐  The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:

   ☐  before 2 p.m. on  _____ .

   ☐  as notified by the United States Marshal.

   ☐  as notified by the Probation or Pretrial Services Office.

I hereby certify that the annexed
instrument is a true and correct copy of
the original on file in my office.
ATTEST:              L. WAGNER
Clerk U. S. District Court
Eastern District of California
By: _____
Dated    JAN 2 3 1998    Deputy Clerk

# RETURN

I have executed this judgment as follows:

_____

_____

Defendant delivered on    *2-20-98*    to    **PCI Terminal Island
Records/R&D/Mailroom
1299 Seaside Avenue
Terminal Island, CA 90731**

at  _____ , with a certified copy of this judgment.

*Dick Clark, Warden*
~~UNITED STATES MARSHAL~~

By _____
Deputy U.S. Marshal

DEFENDANT:      **YANCEY B. PAYNE**
CASE NUMBER:    **2:96CR00426-001**

# SUPERVISED RELEASE

Upon release from imprisonment, the defendant shall be on supervised release for a term of ___60___ month(s) .

The defendant shall report to the probation office in the district to which the defendant is released within 72 hours of release from the custody of the Bureau of Prisons.

The defendant shall not commit another federal, state, or local crime.

The defendant shall not illegally use or possess a controlled substance.

*For offenses committed on or after September 13, 1994:*

The defendant shall refrain from any unlawful use of a controlled substance. The defendant shall submit to one drug test within 15 days of release from imprisonment and at least two periodic drug tests thereafter, as directed by the probation officer.

☐ The above drug testing condition is suspended based on the court's determination that the defendant poses a low risk of future substance abuse. (Check, if applicable.)

☒ The defendant shall not possess a firearm as defined in 18 U.S.C. § 921. (Check, if applicable.)

If this judgment imposes a fine or a restitution obligation, it shall be a condition of supervised release that the defendant pay any such fine or restitution that remains unpaid at the commencement of the term of supervised release in accordance with the Schedule of Payments set forth in the Criminal Monetary Penalties sheet of this judgment.

The defendant shall comply with the standard conditions that have been adopted by this court (set forth below) . The defendant shall also comply with the additional conditions on the attached page (if indicated below).

**See Special Conditions of Supervision - Page      4**

# STANDARD CONDITIONS OF SUPERVISION

1) the defendant shall not leave the judicial district without the permission of the court or probation officer;
2) the defendant shall report to the probation officer and shall submit a truthful and complete written report within the first five days of each month;
3) the defendant shall answer truthfully all inquiries by the probation officer and follow the instructions of the probation officer;
4) the defendant shall support his or her dependents and meet other family responsibilities;
5) the defendant shall work regularly at a lawful occupation unless excused by the probation officer for schooling, training, or other acceptable reasons;
6) the defendant shall notify the probation officer ten days prior to any change in residence or employment;
7) the defendant shall refrain from excessive use of alcohol;
8) the defendant shall not frequent places where controlled substances are illegally sold, used, distributed, or administered;
9) the defendant shall not associate with any persons engaged in criminal activity, and shall not associate with any person convicted of a felony unless granted permission to do so by the probation officer;
10) the defendant shall permit a probation officer to visit him or her at any time at home or elsewhere and shall permit confiscation of any contraband observed in plain view of the probation officer;
11) the defendant shall notify the probation officer within seventy-two hours of being arrested or questioned by a law enforcement officer;
12) the defendant shall not enter into any agreement to act as an informer or a special agent of a law enforcement agency without the permission of the court;
13) as directed by the probation officer, the defendant shall notify third parties of risks that may be occasioned by the defendant's criminal record or personal history or characteristics, and shall permit the probation officer to make such notifications and to confirm the defendant's compliance with such notification requirement.

DEFENDANT:    YANCEY B. PAYNE
CASE NUMBER:   2:96CR00426-001

# SPECIAL CONDITIONS OF SUPERVISION

1. The defendant shall submit to the search of his person, property, home, and vehicle by a United States Probation Officer, or any other authorized person under the immediate and personal supervision of the probation officer, without a search warrant. Failure to submit to a search may be grounds for revocation. The defendant shall warn any other residents that the premises may be subject to searches pursuant to the condition.

2. The defendant shall not dispose of or otherwise dissipate any of his assets until the restitution order by this judgment is paid in full, unless the defendant obtains approval of the Court.

3. The defendant shall make payments on any unpaid balance of restitution heretofore ordered in installments as determined by the probation officer.

4. The defendant shall participate in a correctional treatment program to obtain assistance for drug or alcohol abuse, as directed by the probation officer.

5. The defendant shall not possess or have access to any paging device or cellular phone without the advance permission of the probation officer.

6. The defendant shall abstain from the use of alcoholic beverages and shall not frequent those places where alcohol is the chief item of sale.

DEFENDANT: **YANCEY B. PAYNE**

CASE NUMBER: **2:96CR00426-001**

# CRIMINAL MONETARY PENALTIES

The defendant shall pay the following total criminal monetary penalties in accordance with the schedule of payments set forth on Sheet 5, Part B.

|  | Assessment | Fine | Restitution |
|---|---|---|---|
| **Totals:** | $ 200.00 | $ | $ 6,849.00 |

☐ If applicable, restitution amount ordered pursuant to plea agreement . . . . . . . . . . . .   $ _____

# FINE

The above fine includes costs of incarceration and/or supervision in the amount of $ _____ .

The defendant shall pay interest on any fine of more than $2,500, unless the fine is paid in full before the fifteenth day after the date of judgment, pursuant to 18 U.S.C. § 3612(f). All of the payment options on Sheet 5, Part B may be subject to penalties for default and delinquency pursuant to 18 U.S.C. § 3612(g).

☐ The court determined that the defendant does not have the ability to pay interest and it is ordered that:

☐ The interest requirement is waived.

☐ The interest requirement is modified as follows:

# RESTITUTION

☐ The determination of restitution is deferred until _____ . An Amended Judgment in a Criminal Case will be entered after such a determination.

☒ The defendant shall make restitution to the following payees in the amounts listed below.

If the defendant makes a partial payment, each payee shall receive an approximately proportional payment unless specified otherwise in the priority order or percentage payment column below.

| Name of Payee | * Total Amount of Loss | Amount of Restitution Ordered | Priority Order or Percentage of Payment |
|---|---|---|---|
| **Wells Fargo Bank** | **$6,849.00** | **$6,849.00** | |
| Totals: | $ 6,849.00 | $ 6,849.00 | |

* Findings for the total amount of losses are required under Chapters 109A, 110, 110A, and 113A of Title 18 for offenses committed on or after September 13, 1994 but before April 23, 1996.

DEFENDANT:     **YANCEY B. PAYNE**

CASE NUMBER:   2:96CR00426-001

# SCHEDULE OF PAYMENTS

Payments shall be applied in the following order: (1) assessment; (2) restitution; (3) fine principal; (4) cost of prosecution; (5) interest; (6) penalties.

Payment of the total fine and other criminal monetary penalties shall be due as follows:

A  ☒  in full immediately; or

B  ▭  $ _____ immediately, balance due (in accordance with C, D, or E); or

C  ▭  not later than _____ ; or

D  ▭  in installments to commence _____ day(s  after the date of this judgment.  In the event the entire amount of criminal monetary penalties imposed is not paid prior to the commencement of supervision, the U.S. probation officer shall pursue collection of the amount due, and shall request the court to establish a payment schedule if appropriate; or

E  ▭  in _____ *(e.g. equal, weekly, monthly, quarterly)* installments of $ _____ over a period of _____ year(s  to commence _____ day(s  after the date of this judgment.

The defendant will receive credit for all payments previously made toward any criminal monetary penalties imposed.

Special instructions regarding the payment of criminal monetary penalties:

**As directed by the probation officer.**

▭  The defendant shall pay the cost of prosecution.

▭  The defendant shall forfeit the defendant's interest in the following property to the United States:

Unless the court has expressly ordered otherwise in the special instructions above, if this judgment imposes a period of imprisonment payment of criminal monetary penalties shall be due during the period of imprisonment.  All criminal monetary penalty payments, except those payments made through the Bureau of Prisons' Inmate Financial Responsibility Program are to be made as directed by the court, the probation officer, or the United States attorney.

DEFENDANT:        **YANCEY B. PAYNE**

CASE NUMBER:      **2:96CR00426-001**

# STATEMENT OF REASONS

☒ The court adopts the factual findings and guideline application in the presentence report.

## OR

— The court adopts the factual findings and guideline application in the presentence report except (see attachment, if
— necessary):

**Guideline Range Determined by the Court:**

Total Offense Level:        **22**

Criminal History Category:        **IV**

Imprisonment Range:    **63 to 78 months**

Supervised Release Range:    **3 to 5 years**

Fine Range: $ _____ **7,500.00** _____ to $ _____ **75,000.00** _____

    ☒ Fine waived or below the guideline range because of inability to pay.

Total Amount of Restitution: $ _____ **6,849.00** _____

    — Restitution is not ordered because the complication and prolongation of the sentencing process resulting from
    — the fashioning of a restitution order outweighs the need to provide restitution to any victims, pursuant to 18
        U.S.C. § 3663(d).

    — For offenses committed on or after September 13, 1994 but before April 23, 1996 that require the total amount
    — of loss to be stated, pursuant to Chapters 109A, 110, 110A, and 113A of Title 18, restitution is not ordered
        because the economic circumstances of the defendant do not allow for the payment of any amount of a
        restitution order, and do not allow for the payment of any or some portion of a restitution order in the forseeable
        future under any reasonable schedule of payments.

    — Partial restitution is ordered for the following reason(s):
    —

☒ The sentence is within the guideline range, that range does not exceed 24 months, and the court finds no reason
    to depart from the sentence called for by the application of the guidelines.

## OR

— The sentence is within the guideline range, that range exceeds 24 months, and the sentence is imposed for the
— following reason(s):

## OR

☐ The sentence departs from the guideline range:

    ☐ upon motion of the government, as a result of defendant's substantial assistance.

    ☐ for the following specific reason(s):

☒ appeal rights given          ☐ appeal rights waived

APPEAL, CLOSED, PROB22_OUT

# U.S. District Court
## Eastern District of California - Live System (Sacramento)
## CRIMINAL DOCKET FOR CASE #: 2:96-cr-00426-WBS-DAD All Defendants
## Internal Use Only

Case title: USA v. Payne                    Date Filed: 10/03/1996
Magistrate judge case number: 2:96-mj-00249 E X NN ^N    Date Terminated: 01/14/1998

Assigned to: Judge William B. Shubb
Referred to: Magistrate Judge Dale A.
Drozd

**Defendant**

**Yancey Payne** (1)                represented by    **Yancey Payne**
*TERMINATED: 01/14/1998*                              9245-097
                                                      FCI-TI
                                                      Federal Correctional Institute
                                                      PO Box 3007
                                                      1299 Seaside Avenue
                                                      Terminal Island, CA 90731
                                                      PRO SE

                                                      **Donald S Frick**
                                                      Donald S Frick Law Offices
                                                      PO Box 276005
                                                      Sacramento, CA 95827-6005
                                                      916-768-9889
                                                      Fax: 363-2424
                                                      Email: DonFrick@aol.com
                                                      *TERMINATED: 01/14/1998*
                                                      *LEAD ATTORNEY*
                                                      *ATTORNEY TO BE NOTICED*
                                                      Designation: CJA Appointment

                                                      **Jessie Morris**
                                                      Law Offices of Jessie Morris, Jr.
                                                      59 Fallwind Circle
                                                      Sacramento, CA 95831
                                                      530-666-8351
                                                      Email: jessiemor@gmail.com
                                                      *TERMINATED: 11/12/1997*
                                                      *LEAD ATTORNEY*
                                                      *ATTORNEY TO BE NOTICED*
                                                      Designation: CJA Appointment

I herby certify that the annexed
instrument is a true and correct copy of
the original on file in my office.
ATTEST: **VICTORIA C. MINOR**
Clerk, U. S. District Court
Eastern District of California
By                    Sanchez
                    Deputy Clerk
Dated    7|17|07

## Pending Counts

None

## Highest Offense Level (Opening)

None

| Terminated Counts | Disposition |
|---|---|
| 18:2113A.F Armed Bank Robbery (1) | Sentenced to a total of 138 months for counts 1 & 2 to be served consecutively, TSR 60 months with recommendation to CA or West Coast institution, fine waived, S/A $200 due immediately, restitution $6,849 payable to Wells Fargo Bank, appeal rights given, special conditions: submit to search, don't dissipate assets, payments on restitution, participate in CTC program, no pagers or cell phones and abstain from alcohol |
| 18:924C.F Use of a Firearm (2) | Sentenced to a total of 138 months for counts 1 & 2 to be served consecutively, TSR 60 months with recommendation to CA or West Coast institution, fine waived, S/A $200 due immediately, restitution $6,849 payable to Wells Fargo Bank, appeal rights given, special conditions: submit to search, don't dissipate assets, payments on restitution, participate in CTC program, no pagers or cell phones and abstain from alcohol |

## Highest Offense Level (Terminated)

Felony

| Complaints | Disposition |
|---|---|
| 18:2113(a) and (d) - by force and violence, and intimidation take from person and presence of an employee of Wells Fargo Bank in Vallejo CA, approximately $6,850 belonging to and in the care, custody, control, management, and possession of said bank, the accounts of which were then and there insured by the Savings Association Insurer Fund, a division of | |

the FDIC and did assault and put in
jeopardy the life of an employee of said
bank by the use of a dangerous weapon,
that is a firearm [ 2:96-m -249 ]

---

**Plaintiff**

**USA**                                    represented by  **Laurel Defoe White**
                                                            United States Attorney
                                                            501 I Street
                                                            Suite 10-100
                                                            Sacramento, CA 95814
                                                            916-554-2700
                                                            Email: laurel.white@usdoj.gov
                                                            *TERMINATED: 06/07/2000*
                                                            *LEAD ATTORNEY*
                                                            *ATTORNEY TO BE NOTICED*

                                                            **Norman Yuke Wong**
                                                            US Attorney's Office
                                                            501 I Street, Suite 10-100
                                                            Sacramento, CA 95814
                                                            (916) 554-2909
                                                            Fax: (916) 554-2900
                                                            Email: usacae.ecfsactemp@usdoj.gov
                                                            *LEAD ATTORNEY*
                                                            *ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 02/09/1996 | 69 | TRANSCRIPT of 1/14/98 on Judgment and Sentencing by C/R O'Halloran (ndd) (Entered: 02/10/1998) |
| 06/28/1996 | 1 | COMPLAINT by Magistrate Judge Peter A. Nowinski [ 2:96-m -249 ] (old) (Entered: 07/01/1996) |
| 06/28/1996 | | ARREST Warrant issued for Yancey Payne by Magistrate Judge Peter A. Nowinski bail set at NO BAIL [ 2:96-m -249 ] (old) (Entered: 07/01/1996) |
| 10/03/1996 | 2 | INDICTMENT by US Attorney Laurel D White Counts filed against Yancey Payne (1) count(s) 1, 2 (kb) (Entered: 10/04/1996) |
| 10/03/1996 | 3 | LETTER to court from counsel for plaintiff USA re non-involvement by DFL and GEB (kb) (Entered: 10/04/1996) |
| 10/03/1996 | | ARREST Warrant issued for Yancey Payne by Magistrate Judge Gregory G. Hollows bail set at no bail (kb) (Entered: 10/04/1996) |
| 10/17/1996 | 4 | ORDER by Magistrate Judge Gregory G. Hollows for writ of habeas corpus ad prosequendum; writ issued (cc: all counsel) (old) (Entered: |

| | | |
|---|---|---|
| | | 10/18/1996) |
| 10/21/1996 | 67 | LETTER to court by defendant Yancey Payne re second request for trial (old) (Entered: 02/05/1998) |
| 11/26/1996 | 5 | MINUTES before Magistrate Judge John F. Moulds dft Yancey Payne arraigned; not guilty plea entered; Attorney Jessie Morris Jr present ; trial confirmation hearing set for 9:00 1/8/97; jury trial set for 9:00 1/22/97 for Yancey Payne ; government moves for detention; defense submits on PTS report; dft ordered detained; C/R Tape 1 (kb) (Entered: 11/27/1996) |
| 11/26/1996 | 6 | ORDER of Detention of Yancey Payne pending Trial by Magistrate Judge John F. Moulds (kb) (Entered: 11/27/1996) |
| 11/27/1996 | 7 | NOTICE by USM in re dft Yancy Payne is in custody and available for further proceedings pending notification (old) (Entered: 11/29/1996) |
| 12/16/1996 | 8 | CJA Form 23 (Financial Affidavit) as to Yancey Payne (old) (Entered: 12/17/1996) |
| 12/16/1996 | 9 | CJA Form 20 (Attorney Payment Voucher) by Attorney Jessie Morris for Yancey Payne (old) (Entered: 12/17/1996) |
| 01/06/1997 | | LODGED ORDER Stipulation to vacate jury trial continue court appearance & order by defendant Yancey Payne (old) (Entered: 01/07/1997) |
| 01/08/1997 | 10 | STIPULATION and order by Chief Judge William B. Shubb trial confirmation hearing and jury trial VACATED; status hearing set for 2/12/97 for Yancey Payne ; excludable time T4 started 1/8/97 stopped 2/12/97 for Yancey Payne (kb) (Entered: 01/08/1997) |
| 02/10/1997 | | LODGED Stipulation to continue court appearance and order by dft Yancey Payne (kb) (Entered: 02/12/1997) |
| 02/13/1997 | 11 | STIPULATION and order by Chief Judge William B. Shubb status hearing set for 4/9/97 for Yancey Payne ; excludable time T4 started 2/12/97 stopped 4/9/97 for Yancey Payne (old) (Entered: 02/13/1997) |
| 03/03/1997 | 12 | ARREST Warrant returned executed as to defendant Yancey Payne defendant arrested on 2/28/97 (old) (Entered: 03/04/1997) |
| 04/09/1997 | 13 | MINUTES before Chief Judge William B Shubb: status hearing is continued to 9:00am on 4/16/97 for Yancey Payne C/R Kelly O'Halloran (old) (Entered: 04/10/1997) |
| 04/16/1997 | 14 | MINUTES before Chief Judge William B. Shubb trial confirmation hearing set for 9:00 7/2/97; jury trial set for 9:00 7/15/97 for Yancey Payne ; excludable time T4 started 4/16/97 stopped 7/2/97 for Yancey Payne ; C/R Kelly O'Halloran (kb) (Entered: 04/17/1997) |
| 04/17/1997 | | LODGED Order setting trial confirmation hearing for 7/2/97 by pltf USA (kb) (Entered: 04/18/1997) |
| 04/23/1997 | 15 | ORDER by Chief Judge William B. Shubb: GRANTING motion setting |

| | | trial confirmation hearing for 7/2/97 by pltf USA; trial confirmation hearing SET for 9am on 7/2/97; trial confirmation hearing SET for 9am on 7/15/97 for Yancey Payne ; T4 started 4/16/97, to stop 7/2/97 for Yancey Payne (cc: all counsel) (old) (Entered: 04/23/1997) |
|---|---|---|
| 06/05/1997 | 16 | LETTER to court from custodian of criminal records for the Somoma County Sheriff's Department regarding subpoena (old) (Entered: 06/06/1997) |
| 06/06/1997 | | LODGED memorandum re payment of witness by defendant Yancey Payne (old) (Entered: 06/09/1997) |
| 07/02/1997 | 17 | MINUTES before Chief Judge William B Shubb: trial confirmation hearing held on 7/2/97; jury trial set for 9:00am on 8/26/97 for Yancey Payne XE started from 7/3/97 to 8/26/97 for Yancey Payne C/R Kelly O'Halloran (old) (Entered: 07/07/1997) |
| 07/02/1997 | 18 | NOTICE OF MOTION AND MOTION in limine to exclude testimony of expert by USA as to Yancey Payne hearing set for 9:00am on 8/26/97 (old) (Entered: 07/08/1997) |
| 07/15/1997 | 19 | RESPONSE by defendant Yancey Payne to motion in limine to exclude testimony of expert by USA [18-1] (old) (Entered: 07/17/1997) |
| 07/15/1997 | 20 | RESPONSE by defendant Yancey Payne to motion in limine to exclude testimony of expert by USA [18-1] (old) (Entered: 07/17/1997) |
| 07/31/1997 | 21 | RESPONSE by plaintiff USA to motion in limine to exclude testimony of expert by USA [18-1] (old) (Entered: 08/01/1997) |
| 08/08/1997 | 22 | PROPOSED Voir Dire by plaintiff USA (old) (Entered: 08/11/1997) |
| 08/08/1997 | 23 | REPLY by plaintiff USA to response to motion in limine to exclude testimony of expert by USA [18-1] (old) (Entered: 08/11/1997) |
| 08/08/1997 | 24 | TRIAL BRIEF by plaintiff USA (old) (Entered: 08/11/1997) |
| 08/08/1997 | | LODGED Jury Instructions by plaintiff USA (old) (Entered: 08/11/1997) |
| 08/15/1997 | 25 | MINUTE ORDER: jury trial is advanced to 9:00am on 8/25/97 for Yancey Payne (old) (Entered: 08/18/1997) |
| 08/18/1997 | | LODGED notice of change of government counsel; additional jury instructions by plaintiff USA (old) (Entered: 08/19/1997) |
| 08/25/1997 | 26 | MINUTES of Jury Trial day 1 before Chief Judge William B Shubb: trial began ; court hears motions inlimine; jury selection begins; court & counsel meet out of presence of jury; Batson challenge; govts opening statements; dfts opening statements; govt witnesses: Tracy Gomes, Michelle Mayton, Louis Daniel, Merlinda Fernandez, Francis Reyes, & Natasha Mendez; court adjourned until 8/26/97; C/R Kelly O'Halloran (old) (Entered: 08/26/1997) |
| 08/26/1997 | 27 | MINUTES of Jury Trial day 2 before Chief Judge William B Shubb: court counsel & jury convened; govt witnesses; Officer Don Schneider, |

|            |    |                                                                                                                                                                                                                                                                                                                                        |
| ---------- | -- | -------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------- |
|            |    | Officer David Walsh, Officer Rick Florendo, Tracy Gomes, David Bartlett, Verlene King, Kimton Zane, govt rests; govt exhibits: 1-17 & 21-22 are admitted into evidence; court adjourned C/R Kelly O'Halloran (old) (Entered: 08/27/1997)                                                                                                 |
| 08/27/1997 | 28 | MINUTES of jury trial day 3 before Chief Judge William B. Shubb; defense witnesses Ernest Luzania, Lester Payne, Sandra Payne sworn and testified; defense exhibits A,B,C,D,E,F,H,I,J,K,L,M,N,O,P admitted into evidence; govt recalles FBI agent Kimton Zane as rebuttal witness; court adjourned until 8/28/97 at 9:00; C/R K O'Halloran (old) (Entered: 08/28/1997) |
| 08/28/1997 | 29 | MINUTES of jury trial day 4 before Chief Judge William B. Shubb; govt's closing argument; dft's closing argument; govt's rebuttal; jury instruction begins; jury begins deliberaion; jury reconvened; jurors excused until 8/29/97 at 9:00 for further deliberation; C/R K O'Halloran (old) (Entered: 08/29/1997)                        |
| 08/28/1997 | 30 | NOTE FROM THE JURY; jury requests to return tomorrow to continue (old) (Entered: 08/29/1997)                                                                                                                                                                                                                                           |
| 08/28/1997 | 31 | NOTE FROM THE JURY: the jury requests a magnifying glass (old) (Entered: 08/29/1997)                                                                                                                                                                                                                                                   |
| 08/29/1997 | 32 | WITNESS list by plaintiff USA (old) (Entered: 09/02/1997)                                                                                                                                                                                                                                                                              |
| 08/29/1997 | 33 | NOTICE OF CHANGE OF GOVT COUNSEL by plaintiff USA; additional jury instruction (old) (Entered: 09/02/1997)                                                                                                                                                                                                                             |
| 08/29/1997 | 34 | WITNESS list by plaintiff USA (old) (Entered: 09/02/1997)                                                                                                                                                                                                                                                                              |
| 08/29/1997 | 35 | EXHIBIT list (old) (Entered: 09/02/1997)                                                                                                                                                                                                                                                                                               |
| 08/29/1997 | 36 | LODGED Jury Instructions given (old) (Entered: 09/02/1997)                                                                                                                                                                                                                                                                             |
| 08/29/1997 | 37 | JURY NOTE: the jury requests the following; easel, pens & flip chart (old) (Entered: 09/02/1997)                                                                                                                                                                                                                                       |
| 08/29/1997 | 38 | JURY NOTE: the jury has reached a verdict (old) (Entered: 09/02/1997)                                                                                                                                                                                                                                                                  |
| 08/29/1997 | 39 | MINUTES of Jury Trial Day 5 before Chief Judge William B Shubb: finding Yancey Payne GUILTY on both counts 1 & 2 jury trial held on 8/29/97; sentencing hearing set for 9:00am on 11/12/97 for Yancey Payne C/R Kelly O'Halloran (old) (Entered: 09/02/1997)                                                                            |
| 08/29/1997 | 40 | VERDICT as to Yancey Payne: GUILTY on counts 1 & 2 (old) (Entered: 09/02/1997)                                                                                                                                                                                                                                                        |
| 08/29/1997 | 41 | SCHEDULE FOR DISCLOSURE OF PSR as to defendant Yancey Payne (old) (Entered: 09/02/1997)                                                                                                                                                                                                                                                |
| 08/29/1997 | 42 | JURY PANEL (old) (Entered: 09/02/1997)                                                                                                                                                                                                                                                                                                 |
| 09/03/1997 | 43 | RECEIPT for dfts exhibits; returned to Elena J Duarte for defendant Yancey Payne (old) (Entered: 09/03/1997)                                                                                                                                                                                                                           |

| 09/03/1997 | 44 | RECEIPT for governments exhibits; returned to Elena J Durante (old) (Entered: 09/03/1997) |
| 09/25/1997 | 45 | TRANSCRIPT of 8/25/97 hearing on testimony of Michelle Mayton by C/R Kelly O Halloran (old) (Entered: 09/25/1997) |
| 09/25/1997 | 46 | TRANSCRIPT of 8/25/97 hearing on testimony of Natasha Mendez by C/R Kelly O Halloran (old) (Entered: 09/25/1997) |
| 09/25/1997 | 47 | TRANSCRIPT of 8/25/97 hearing on testimony of Francis Reyes by C/R Kelly O Halloran (old) (Entered: 09/25/1997) |
| 10/27/1997 | 48 | CJA FORM 24 (Authorization and Voucher for Transcript Payment) for Yancey Payne (old) (Entered: 10/28/1997) |
| 11/05/1997 | 49 | DECLARATION (STATEMENT) of Laurel D White of non-opposition to probation's sentencing recommendations and sentencing memorandum (old) (Entered: 11/06/1997) |
| 11/10/1997 | 50 | NOTICE OF MOTION AND MOTION to withdraw attorney by defendant Yancey Payne , request for appointment of counsel by defendant Yancey Payne , for leave to file a motion for new trial by defendant Yancey Payne hearing set for 9:00am on 11/12/97 (old) (Entered: 11/12/1997) |
| 11/12/1997 | 51 | MINUTES before Chief Judge William B. Shubb sentencing hearing is continued to 9:00 12/17/97 for Yancey Payne motion to withdraw attorney by defendant Yancey Payne [50-1] GRANTED attorney Jessie Morris Jr for Yancey Payne, Appointed Donald S Frick C/R Peggy McNamara (ch) (Entered: 11/13/1997) |
| 11/18/1997 | 52 | WRIT of Habeas Corpus Ad Prosequendum as to dft Yancey Payne returned (ndd) (Entered: 11/19/1997) |
| 11/26/1997 | 53 | TRANSCRIPT of 8/25/97 hearing on jury trial by C/R Kelly O'Halloran (old) (Entered: 12/01/1997) |
| 11/26/1997 | 54 | TRANSCRIPT of 8/27/97 hearing on jury trial by C/R Kelly O'Halloran (old) (Entered: 12/01/1997) |
| 11/26/1997 | 55 | TRANSCRIPT of 8/26/97 hearing on jury trial by C/R Kelly O'Halloran (old) (Entered: 12/01/1997) |
| 11/26/1997 | 56 | TRANSCRIPT of 8/28/97 and 8/29/97 hearing on jury trial by C/R Kelly O'Halloran (old) (Entered: 12/01/1997) |
| 12/11/1997 | | LODGED ORDER ex-parte motion for continuance ; by dft Yancey Payne (old) (Entered: 12/12/1997) |
| 12/15/1997 | 57 | ORDER by Chief Judge William B Shubb ORDERING: sentencing hearing is continued to 9:00am on 1/14/97 for Yancey Payne (cc: all counsel) (old) (Entered: 12/15/1997) |
| 01/08/1998 | 58 | CJA FORM 24 (Authorization and Voucher for Transcript Payment) for Yancey Payne (old) (Entered: 01/08/1998) |

| 01/14/1998 | 59 | MINUTES before Chief Judge William B. Shubb sentencing Yancey Payne (1) count(s) 1, 2. Sentenced to a total of 138 months for counts 1 & 2 to be served consecutively, TSR 60 months with recommendation to CA or West Coast institution, fine waived, S/A $200 due immediately, restitution $6,849 payable to Wells Fargo Bank, appeal rights given, special conditions: submit to search, don't dissipate assets, payments on restitution, participate in CTC program, no pagers or cell phones and abstain from alcohol ; terminating defendant Yancey Payne; case terminated C/R Kelly O'Halloran (dd) (Entered: 01/15/1998) |
| --- | --- | --- |
| 01/16/1998 | 60 | NOTICE of Appeal to 9th Circuit by defendant Yancey Payne regarding [59-1] (cc: all counsel) (old) (Entered: 01/21/1998) |
| 01/20/1998 | 61 | TRANSCRIPT DESIGNATION and Ordering Form for dates j/s 1/14/98, trial 8/25/97-8/29/97 re appeal [60-1] [60-1] (old) (Entered: 01/23/1998) |
| 01/23/1998 | 62 | JUDGMENT and Commitment issued as to Yancey Payne by Chief Judge William B. Shubb (old) (Entered: 01/26/1998) |
| 01/27/1998 | 63 | NOTICE from Federal Defender regarding attorney Sandra Gillies being appointed by the Honorable Frank C Damrell to represent dft Art Kruger (old) (Entered: 01/28/1998) |
| 01/30/1998 | 64 | MAILED case information/docket with fee payment notice and Notice of Appeal and appealed conviction and sentence [60-1] to 9th Circuit along with copy of appeal and certified copy of docket sheet to all parties (cc: all counsel) (ndd) (Entered: 01/30/1998) |
| 01/30/1998 | 65 | BRIEFING SCHEDULE [60-1] (cc: all counsel) (ndd) (Entered: 01/30/1998) |
| 01/30/1998 | 66 | ARREST Warrant returned executed as to defendant Yancey Payne defendant arrested on 1/14/98 (old) (Entered: 02/05/1998) |
| 02/09/1998 | 68 | APPEAL number information from 9th Circuit [60-1] Appeal Number 98-10040 (ch) (Entered: 02/09/1998) |
| 02/09/1998 | 69 | TRANSCRIPT of 1/14/98 hearing on Judgment and Sentencing by C/R O'Halloran (ndd) (Entered: 02/10/1998) |
| 02/09/1998 | 70 | CERTIFICATE of Record Transmitted to 9th Circuit regarding [60-1] (ndd) (Entered: 02/10/1998) |
| 02/27/1998 | 71 | JUDGMENT and Commitment returned executed on 2/20/98 as to Yancey Payne to FCI Terminal Island, Terminal Island, CA (ljr) (Entered: 03/03/1998) |
| 03/23/1998 | 72 | CJA FORM 24 (Authorization and Voucher for Transcript Payment) for Yancey Payne (ch) (Entered: 03/23/1998) |
| 03/25/1998 | 73 | COPY OF LETTER to Mr Frick from CJA Panel Administrator Mabel A Adams confirming his appointment to represent dft Payne on appeal (old) (Entered: 03/30/1998) |

| 04/27/1998 | 74 | TRANSCRIPT DESIGNATION and Ordering Form for dates 10/3/96, 7/15/97, 7/31/97, 8/29/97, 11/10/97, 1/23/98, 1/16/98 re appeal [60-1] (ljr) (Entered: 04/28/1998) |
| --- | --- | --- |
| 08/19/1998 | | CLERK'S record on appeal transmitted to 9th Circuit Original case file volumes 1 expandos 2 and certified copy of docket mailed to 9th Circuit (cc: all counsel) (ch) (Entered: 08/19/1998) |
| 08/25/1998 | | RECEIPT of 1 volume and 2 expandos by Ninth Circuit Court of Appeal (ch) (Entered: 08/25/1998) |
| 12/07/1998 | 75 | CERTIFIED copy of judgment from 9th Circuit the decision of the District Court [60-1] is AFFIRMED (cc: all counsel) (ch) (Entered: 12/08/1998) |
| 01/06/1999 | | RECORD on appeal returned from 9th Circuit volumes 1, transcripts 7 (as) (Entered: 01/07/1999) |
| 11/08/1999 | 76 | NOTICE OF MOTION AND MOTION pursuant to 28:2255 by defendant Yancey Payne (as) (Entered: 11/09/1999) |
| 03/21/2000 | 77 | ORDER by Chief Judge William B. Shubb the United States shall file an opposition to the motion to vacate sentence pursuant 28:2255 by 4/10/00; movant shall file a reply by 5/1/00 (cc: all counsel) (ch) (Entered: 03/21/2000) |
| 03/24/2000 | | LODGED order on motion for extension of time by plaintiff (ch) (Entered: 03/27/2000) |
| 03/24/2000 | 79 | NOTICE OF MOTION AND MOTION for extension of time to respond to 2255 motion by USA as to Yancey Payne (ch) (Entered: 03/27/2000) |
| 03/24/2000 | 80 | DECLARATION of Laurel D White in support of motion for extension of time [79-1] (ch) (Entered: 03/27/2000) |
| 03/27/2000 | 78 | ORDER by Chief Judge William B. Shubb motion for extension of time [0-0] GRANTED; United States has until 6/24/00 to file a response to dft Yancey Payne's motion to vacate sentence (cc: all counsel) (ch) (Entered: 03/27/2000) |
| 05/15/2000 | 81 | NOTICE OF MOTION AND MOTION to produce documents from attorney Jessie Morris Jr. et al by defendant Yancey Payne (old) (Entered: 05/16/2000) |
| 05/26/2000 | | LETTER re motion pursuant to 28:2255 by defendant Yancey Payne [76-1] case referred to Magistrate Judge Dale A. Drozd (cc: all counsel) (ch) (Entered: 05/26/2000) |
| 05/26/2000 | 82 | ORDER by Chief Judge William B. Shubb motion for appointment of counsel is DENIED; the discovery motions filed on 5/15/00, as well as all future discovery motions, are referred to a magistrate judge pursuant to Local Rule 72-302(c)(1); all other matters should be brought before the District Judge (cc: all counsel) (ch) (Entered: 05/26/2000) |
| 06/02/2000 | 83 | ORDER by Magistrate Judge Dale A. Drozd Clerk directed to serve a |

| | | |
|---|---|---|
| | | copy of movant's 3/15/00 discovery motion to produce documents [81-1] on attorney Jessie Morris Jr at 901 H Street Suite 600 Sacramento CA 95814-1809 and US Attorney Laurel White; Attorney Jessie Morris Jr and US Attorney shall file and serve their opposition, if any, to movant's discovery motions w/i 20 days from the date of this order; Movant's reply, if any, shall be filed 7 days thereafter (cc: all counsel) (pb) (Entered: 06/02/2000) |
| 06/06/2000 | | LODGED substituion of attorney by plaintiff (ch) (Entered: 06/07/2000) |
| 06/06/2000 | 85 | RETURNED MAIL [83-1] addressed to Jessie Morris Jr, counsel for dft with notation not deliverable as addressed (ch) (Entered: 06/07/2000) |
| 06/07/2000 | 84 | ORDER by Chief Judge William B. Shubb substitution of attorney [0-0] GRANTED withdrawing attorney Laurel D White for USA and substituting attorney Norman Yuke Wong (cc: all counsel) (ch) (Entered: 06/07/2000) |
| 06/19/2000 | 86 | NOTICE OF MOTION AND MOTION for extension of time to file opposition to dft's motion pursuant 28 USC 2255 by USA as to Yancey Payne (ch) (Entered: 06/20/2000) |
| 06/19/2000 | | LODGED order extending time for Govt to file response to 2255 motion by plaintiff (ch) (Entered: 06/20/2000) |
| 06/19/2000 | 87 | NOTICE OF MOTION AND MOTION for extension of time to file opposition to discovery motion by USA as to Yancey Payne (ch) (Entered: 06/20/2000) |
| 06/19/2000 | | LODGED order extending time for Govt to file opposition to discovery motions by plaintiff (ch) (Entered: 06/20/2000) |
| 06/21/2000 | 88 | ORDER by Magistrate Judge Dale A. Drozd ordering that the US shall have until 7/7/00 to file any opposition to dft Yancey Payne's discovery motions filed on 3/15/00 in connection with his 2255 motion (cc: all counsel) (old) (Entered: 06/21/2000) |
| 06/22/2000 | 89 | ORDER by Chief Judge William B. Shubb motion for extension of time to file opposition to dft's motion pursuant 28 USC 2255 by USA [86-1] GRANTED; the United States shall have until 7/7/00 to file its response to dft Yancey Payne's motion pursuant to 28 USC 2255 (cc: all counsel) (ch) (Entered: 06/22/2000) |
| 07/07/2000 | 90 | OPPOSITION by plaintiff USA to motion to produce documents from attorney Jessie Morris Jr. et al by defendant Yancey Payne [81-1] (pb) (Entered: 07/10/2000) |
| 07/07/2000 | 91 | RESPONSE by plaintiff USA to motion pursuant to 28:2255 by defendant Yancey Payne [76-1] (pb) (Entered: 07/10/2000) |
| 08/07/2000 | 92 | REPLY by defendant Yancey Payne to response to motion pursuant to 28:2255 by defendant Yancey Payne [76-1] (pb) (Entered: 08/08/2000) |
| 08/21/2000 | 93 | ORDER by Chief Judge William B. Shubb motion pursuant to 28:2255 |

|  |  | by dft Yancey Payne [76-1] DENIED (cc: all counsel) (old) (Entered: 08/21/2000) |
|---|---|---|
| 10/04/2000 | 94 | NOTICE of Appeal to 9th Circuit by defendant Yancey Payne regarding 08/21/00 Order [93-1] (cc: all counsel) (ar) (Entered: 10/06/2000) |
| 11/02/2000 | 95 | ORDER by Chief Judge William B. Shubb that a certificate of appealability shall not issue from court's 8/21/00 order denying dft's section 2255 motion [93-1] (cc: all counsel) (as) (Entered: 11/02/2000) |
| 11/07/2000 | 96 | MAILED case information/docket fee payment notice, copy of Notice of Appeal [94-1] to 9th Circuit Court of Appeals, copy of appeal and docket sheet to all parties (pb) (Entered: 11/07/2000) |
| 11/15/2000 |  | APPEAL number information from 9th Circuit [94-1] Appeal Number 00-17229 (pb) (Entered: 11/16/2000) |
| 03/22/2002 | 97 | REQUEST by defendant Yancey Payne for the relief of payment of restitution at present time (lm) (Entered: 03/25/2002) |
| 12/04/2002 |  | CLERK'S record on appeal transmitted to 9th Circuit Original case file volumes 2 transcripts 2 and certified copy of docket mailed to 9th Circuit (lm) (Entered: 12/04/2002) |
| 12/31/2002 |  | RECORD on appeal returned from 9th Circuit volumes 2 transcripts 7 (kdc) (Entered: 01/02/2003) |
| 01/21/2003 | 98 | Order from Circuit Court [94-1]; The request for a certificate of appealability is denied (mdp) (Entered: 01/22/2003) |
| 01/28/2003 |  | RECORD on appeal returned from 9th Circuit volumes 2 transcripts 7 (daw) (Entered: 01/29/2003) |
| 07/12/2007 | ●99 | PROBATION JURISDICTION (PROBATION 22 Out) TRANSFERRED to US District Court Northern District of California as to Yancey Payne. Signed by Judge William B. Shubb on 6/18/07. Transmitted Transfer of Jurisdiction form, with certified copies of indictment, judgment and docket sheet. DEFENDANT TERMINATED. CASE CLOSED. (Mena-Sanchez, L) (Entered: 07/13/2007) |
| 07/17/2007 | ●100 | TRANSMITTAL of DOCUMENTS re 99 Probation 22 Out, on *7/12/2007* to * USDC Northern District of California* *450 Golden Gate Avenue* *16th Floor* *San Francisco, CA 94102*. * Paper Documents: Indictment, judgment and docket sheet * (Mena-Sanchez, L) (Entered: 07/17/2007) |