# UNITED STATES DISTRICT COURT
for
## NORTHERN DISTRICT OF CALIFORNIA
Oakland Venue

### Report on Offender Under Supervision

Name of Offender:          Yancey Payne                    Docket No.:  CR~~FILED~~-00406-01 CW

*FILED NOV 2 9 2007 RICHARD W. WIEKING CLERK, U.S. DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA OAKLAND*

Name of Sentencing Judge:   William B. Shubb
                            United States District Judge

Date of Original Sentence:  January 14, 1998

Original Offense:
Count One:  Armed Bank Robbery, 18 U.S.C. § 2113(a) and (d), a Class B felony
Count Two:  Use of a Firearm, 18 U.S.C. § 924(c), a Class D felony

Original Sentence:  138 months custody, 60 months supervised release
Special Conditions:  $200 special assessments; $6,849 restitution; drug/alcohol treatment; search; not possess a firearm; not to dispose/dissipate of any assets; not to possess any paging device or cellular phone; abstain from use of alcoholic beverages; make payments on restitution in installments as determined by the probation officer.

On June 22, 2007, jurisdiction of this matter was transferred from the Eastern District of California to the Northern District of California.

Type of Supervision: Supervised Release          Date Supervision Commenced: May 3, 2007
Assistant U.S. Attorney: Unassigned                          Defense Counsel: Unassigned

NDC-SUPV-FORM 12A 03/23/05

Yancey Payne                                                            Page 2
CR 07-00406-01 CW

## Petitioning the Court to Take Judicial Notice

### Cause

Charge Number          Violation

One                    There is probable cause to believe that the offender violated the standard
                       condition of supervision that he that he shall not commit another federal, state
                       or local crime.

>           On November 11, 2007, at approximately 2:06 a.m., an Alameda
>           County sheriff's deputy observed a black Ford Thunderbird exceeding
>           the speed limit on 14th Street in Oakland, California. The vehicle
>           than failed to stop at a flashing red light on 1st Avenue and
>           International Boulevard. The officer initiated a traffic stop. Upon
>           contacting the offender, who was the driver of the vehicle, the officer
>           noted the smell of alcohol emitting from the offender's vehicle. The
>           offender admitted to the officer that he had several beers that evening.
>           The offender failed a series of series of field sobriety tests. He was
>           arrested and transported to Alameda County Jail, where he submitted
>           to breathalyzer testing and blew a .13 blood alcohol content (twice).
>           He was booked into Alameda County Jail for Driving Under the
>           Influence (a violation of California Vehicle Code section 23152(a),
>           a misdemeanor), and Driving Under the Influence with a .08 BAC or
>           Greater (a violation of California Vehicle Code section 23152(b), a
>           misdemeanor). Evidence in support of this charge is the Alameda
>           County Sheriff's Department report #07-22985.

NDC-SUPV-FORM 12A 03/23/05

Yancey Payne                                                                    Page 3
CR 07-00406-01 CW

Two                         There is probable cause to believe that the offender violated special condition
                            number six that he shall abstain from the use of alcohol.

                                            On November 11, 2007, the offender was arrested by the Alameda
                                            County Sheriff's Office for a violation of California Vehicle Code
                                            section 23152(a), Driving Under the Influence, and California
                                            Vehicle Code section 23152(b), Driving Under the Influence with a
                                            .08 BAC or Greater.  A preliminary alcohol screening test detected
                                            the presence of alcohol with readings of .13%. Mr. Payne admitted
                                            to the officer that he had several of beers earlier that evening.
                                            Evidence in support of this charge is the Alameda County Sheriff's
                                            Department report #07-22985.

**Action Taken and Reason**

This officer discussed the arrest with the offender on November 14, 2007.  Mr. Payne admitted to
violating his conditions of supervision by using alcohol, and he appeared to be remorseful for his
actions.  He was admonished for his behavior and restarted in the drug treatment and testing program
at East Bay Community Recovery Project in Oakland, California.  He is still pending this matter in
state court. The undersigned respectfully requests that the Court take judicial notice and no further
action at this time.

Assistant U.S. Attorney James Mann has been notified and there are no objections.

Address of offender:            3963 Lyman Road
                                Oakland, CA  94602

Yancey Payne
CR 07-00406-01 CW

Page 4

Respectfully submitted,

Reviewed by:

Nicole M. Fairchild
U.S. Probation Officer

Robert E. Tenney
Supervisory U.S. Probation Officer

Date Signed:  November 27, 2007

THE COURT ORDERS:
☒ The Court concurs and takes judicial notice
☐ Submit a request to modify supervision
☐ Submit a request for warrant
☐ Submit a request for summons
☐ Other:

NOV 2 9 2007

Date

Claudia Wilken
United States District Judge

NDC-SUPV-FORM 12A 03/23/05